IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 20 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 04-cv-00790-ZLW

DAVID TURLEY,

    Applicant,

v.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

___

ORDER REINSTATING AND DRAWING CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

___

This civil action is reinstated in accordance with the mandate issued, November 17, 2005, by the United States Court of Appeals for the Tenth Circuit (Tenth Circuit). After affirming this Court's July 20, 2004, Order and Judgment, on August 18, 2005, the Tenth Circuit granted Applicant's petition for panel hearing. The Tenth Circuit then vacated the August 18 Order, reversed this Court's Order dismissing Applicant's 28 U.S.C. § 2254 Application, based on additional pleadings provided to the Tenth Circuit in rehearing briefs regarding Applicant's compliance with the "stay-and-abeyance" procedure, and remanded the instant action for further proceedings in this Court. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate filed on November 17, 2005, by the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the case is drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 19 day of January, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-00790-ZLW

David A. Turley
Prisoner No. 45921
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/20/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk