**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 3 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

CIVIL ACTION NO. 04-cv-00790 CMA-CBS

DAVID TURLEY,

    Petitioner,

vs.

AL ESTEP, Warden, Limon Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore,

ORDERED that the Clerk shall return the State Court Record.

DATED: October __02__, 2012

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-00790 CMA-CBS

City & County of Denver Court
1437 Bannock St. Rm 256
Denver, CO 80202

Roger Griffin Billotte - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**

David Turley
# 45921
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   10/3/2012   .

                                           JEFFREY P. COLWELL, CLERK

                                        By: s/ D. Berardi
                                             Deputy Clerk